# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CASA DE MARYLAND, INC., *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH R. BIDEN, in his official capacity as President of the United States, *et al.*,<br><br>Defendants. | No. 8:19-cv-2715-PWG |
| CITY OF GAITHERSBURG, MARYLAND, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>Defendants. | No. 8:19-cv-2851-PWG |

## JOINT STATUS REPORT

Pursuant to the Court's February 4, 2021, paperless order, the Parties submit this joint status report.

On February 2, 2021, the President issued an Executive Order titled *Executive Order on Restoring Faith in Our Legal Immigration Systems and Strengthening Integration and Inclusion Efforts for New Americans*. *See* Exec. Order No. 14,012. Section 4 of the Executive Order specifically directs heads of relevant agencies, including the Secretary of Homeland Security, to review agency actions related to implementation of the public charge ground of inadmissibility, 8 U.S.C. § 1182(a)(4)(A), in light of the policy set forth in the Executive Order and certain other considerations. The order gives the Secretary of State, the Attorney General and the Secretary of Homeland Security 60 days, or until April 3, 2021, to report any appropriate agency actions that

can be taken, or have been taken, to address concerns about the current public charge policies' effect on the integrity of the Nation's immigration system and public health. Pursuant to this Executive Order, Defendant U.S. Department of Homeland Security is reviewing the regulation that is the subject of this lawsuit.

The Parties propose that they file another status report within one week of the Executive Order's 60-day deadline, or by April 9, 2021. By this request, the Parties do not seek to stay the case to a greater extent than it is already stayed.[1] Nor does this request prejudice any party's right to file a status report in the interim.

Dated: February 19, 2021                    Respectfully submitted,

                                            BRIAN M. BOYNTON
                                            Acting Assistant Attorney General

                                            BRIGHAM BOWEN
                                            Assistant Branch Director

                                            /s/ Jason C. Lynch
                                            JOSHUA M. KOLSKY
                                            KERI L. BERMAN
                                            KUNTAL V. CHOLERA
                                            JASON C. LYNCH (D.C. Bar. No. 1016319)
                                            Trial Attorneys
                                            U.S. Department of Justice
                                            Civil Division, Federal Programs Branch
                                            Washington, D.C. 20530
                                            Tel: (202) 514-1359 / Fax: (202) 616-8460
                                            Email: Jason.Lynch@usdoj.gov

                                            *Attorneys for Defendants*

                                            /s/ Jonathan L. Backer
                                            Jonathan L. Backer (D. Md. 20000)
                                            Amy L. Marshak*
                                            Mary B. McCord*
                                            INSTITUTE FOR CONSTITUTIONAL

---

[1] *See* Order, ECF No. 105 (staying all proceedings related to discovery and completion of the administrative record, pending resolution of Defendants' motion to dismiss).

ADVOCACY AND PROTECTION
Georgetown University Law Center
600 New Jersey Ave., N.W.
Washington, D.C. 20001
(202) 662-9835
jb2845@georgetown.edu
*Admitted pro hac vice

*Attorneys for CASA Plaintiffs*

/s/ Dana P. Moore
Dana P. Moore #03632
Acting Baltimore City Solicitor
Jane Lewis #20981
Assistant Solicitor
Baltimore City Department of Law
City Hall, Room 109
100 N. Holliday Street
Baltimore, MD 21202
(443) 388-2190
law.danapmoore@batimorecity.gov
jane.lewis@ batimorecity.gov

*Attorneys for Mayor and City Council of Baltimore*

/s/ Harvey L. Reiter
M. Roy Goldberg (MD #14240)
Brandon R. Nagy (D. Md. #20834)
Harvey Reiter (DC #232942)*
Dennis Lane (DC #953992)*
STINSON LLP
1775 Pennsylvania Avenue N.W., Suite 800
Washington, DC 20006-4605
Phone: 202.728.3005
Fax:    202.785.9163
roy.goldberg@stinson.com
brandon.nagy@stinson.com
harvey.reiter@stinson.com
dennis.lane@stinson.com

Christina J. Hansen (KS #26008)*
1625 N. Waterfront Parkway, Suite 300
Wichita, KS 67206-6620
Phone: 316.268.7947
Fax: 316.268.9766
christina.hansen@stinson.com

3

Andrew Davis (MN #0386634)*
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Phone: 612.335.1500
Fax: 612.335.1657
andrew.davis@stinson.com

*Attorneys for Plaintiffs City of Gaithersburg, Maryland; Maryland State Senator Jeff Waldstreicher; Friends of Immigrants; Immigrant Law Center of Minnesota; The Jewish Council for Public Affairs; Jewish Community Relations Council of Greater Washington, Tzedek DC*

\**Admitted pro hac vice*

Joseph E. Sandler (MD #04324)
SANDLER, REIFF, LAMB, ROSENSTEIN & BIRKENSTOCK PC
1090 Vermont Ave., N.W. Suite 750
Washington, D.C. 20005
Phone: 202.479.1111
Fax: 202.479.1115
sandler@sandlerreiff.com

*Attorney for Plaintiff Jewish Community Relations Council of Greater Washington*